## MONOHAN et al. v. WILLIAMS.

Court of Appeals of Kentucky.

(Decided May 10, 1932.)

FAUREST & FAUREST for movant.

CARL H. BOONE, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

## SMITH v. COMMONWEALTH.

Court of Appeals of Kentucky.

(Decided May 13, 1932.)

J. A. RUNYON for movant.

BAILEY P. WOOTTON, Attorney General, and H. H. RICE, Assistant Attorney General, for the Commonwealth.

PER CURIAM.

Appeal denied; judgment affirmed.

## VAUGHN'S CREDITORS et al. v. VAUGHN'S ADMINISTRATORS et al.

Court of Appeals of Kentucky.

(Decided May 13, 1932.)

W. B. MORROW for movant.

B. J. BETHURUM, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.